# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ORLANDO STANFORD,        :    No. 89 WM 2016

         Petitioner     :

         v.     :

ROBERT GILMORE, PENNSYLVANIA    :
BOARD OF PROBATION AND PAROLE,    :

         Respondents     :

.     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus, the Application for an Instant Hearing, and the "Application for Leave to File Reply in the Nature of Request for Judgment" are **DENIED**.